

150 South Fifth Street
Suite 1200
Minneapolis, MN 55402

January 26, 2018

***SUBMITTED VIA CM/ECF***

The Honorable Ramon E. Reyes, Jr.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N2E
Brooklyn, NY 11201

Related Matters: *McAdams v. MRS BPO, LLC*, 2:17-cv-00647-ARR-RER; *Calandra v. MRS BPO, LLC*, 2:17-cv-02019-ARR-RER; *Hoffman v. MRS BPO, LLC*, 2:17-cv-02447-ARR-RER; *Messina v. MRS BPO, LLC*, 2:17-cv-02585-ARR-RER; *Dipisa v. MRS BPO, LLC*, 2:17-cv-02586-ARR-RER; *Dykes v. MRS BPO, LLC*, 2:17-cv-02587-ARR-RER; *Korsuntsev v. MRS BPO, LLC*, 1:17-cv-02666-ARR-RER; *Estevez et al v. MRS BPO LLC*, 1:17-cv-01594-ARR-RER; and *Gross v. MRS BPO, LLC*, 1:17-cv-00584-ARR-RER; *Kraus et al v. MRS BPO*, LLC, 1:17-cv-03572-ARR-RER.

## JOINT STATUS REPORT

To the Honorable Magistrate Judge Reyes:

This letter is being submitted, on behalf of our client MRS BPO, LLC ("MRS"), pursuant to Your Honor's Orders in the above related matters requesting a joint status report on the appeal in *Taylor v. FRS (*Case No. 17-1650*)* pending in the Second Circuit.  Counsel for the parties conferred and reports as follows:

All briefing in the appeal is completed.  The Second Circuit heard oral argument on January 24, 2018.

Very truly yours,

s/ Michael T. Etmund

**Michael T. Etmund**
Attorney at Law
P: (612) 877-5309   F: (612) 877-5050
Mike.Etmund@lawmoss.com


cc:     Distribution to all Registered Counsel via ECF