Aleksander Powietrzynski
Winston & Winston, P.C.
*Attorneys for Defendant MRS ASSOCIATES.*
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
212-922-9483
Alex@winstonandwinston.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
David Kraus and Blima Kraus, on behalf of themselves
and all other similarly situated consumers,

                                   Plaintiff,

  -against-

MRS ASSOCIATES, LLC,

                                 Defendant.
-------------------------------------------------------------------x

Case No.: 17-cv-03572-ARR-RER

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Winston & Winston, P.C., here appears as co-counsel to Moss & Barnett on behalf of Defendant, MRS ASSOCIATES, LLC and requests that copies of all papers in this matter be sent to our office.

                                                                     Respectfully submitted,

Dated: May 21, 2019
       New York, New York                    /s/ Aleksander Powietrzynski
                                                       Aleksander Powietrzynski
                                                        Winston & Winston, P.C.
                                                       *Attorney for Defendant*
                                                        708 Third Avenue, 5th Floor, Suite 142
                                                       New York, NY, 10017
                                                       (212) 942-9483
                                                       (212) 942-9484 (fax)
                                                       Alex@winstonandwinston.com