**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone  516 668 6945
fishbeinadamj@gmail.com

May 21, 2019

**VIA ECF**
The Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   Kraus et al v. MRS
         17 CV 3572 (ARR) (RER)

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above matter.  With consent of my adversary, we hereby request an adjournment of the conference scheduled for May 23, 2019.  While the Second Circuit has spoken on certain issues concerning the representation of the amount of a debt, I have been considering whether to seek to amend the complaint.  Plaintiff requests that the conference be adjourned for perhaps thirty days plaintiff to draft an amended complaint and propose same to opposing counsel so we can determine the direction of the matter and whether it will be resolved.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Counsel of Record