IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
DAVID KRAUS AND BLIMA KRAUS,
individually and on behalf of all others
similarly situated,                                    COURT FILE NO. 1:17-cv-03572-ARR-RER

                Plaintiffs,

v.                                                     **NOTICE OF SETTLEMENT**

MRS BPO, LLC,

                Defendant.

---------------------------------------------------------X

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties. The parties expect that a stipulation of dismissal with prejudice will be filed within the next 60 days.

Dated: June 25, 2019

| | |
|---|---|
| By /s/ Adam J. Fishbein | By /s/ Michael T. Etmund |
| Adam J. Fishbein (AF-9508) | Michael T. Etmund, NY REG # 5168331 |
| Adam J. Fishbein PC | Moss & Barnett, PA |
| 735 Central Avenue | 150 South Fifth Street, Suite 1200 |
| Woodmere, NY 11598 | Minneapolis MN 55402 |
| Telephone: (516) 668-6945 | Telephone: (612) 877-5000 |
| fishbeinadamj@gmail.com | Mike.Etmund@lawmoss.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |