IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
DAVID KRAUS AND BLIMA KRAUS,
individually and on behalf of all others
similarly situated,

    COURT FILE NO. 1:17-cv-03572-ARR-RER

    Plaintiffs,

v.

    **NOTICE OF SETTLEMENT**

MRS BPO, LLC,

    Defendant.
----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties. The parties expect that a stipulation of dismissal with prejudice will be filed within the next 60 days.

Dated: June 25, 2019

By /s/ Adam J. Fishbein
   Adam J. Fishbein (AF-9508)
   Adam J. Fishbein PC
   735 Central Avenue
   Woodmere, NY 11598
   Telephone: (516) 668-6945
   fishbeinadamj@gmail.com
   *Attorney for Plaintiff*

By /s/ Michael T. Etmund
   Michael T. Etmund, NY REG # 5168331
   Moss & Barnett, PA
   150 South Fifth Street, Suite 1200
   Minneapolis MN 55402
   Telephone: (612) 877-5000
   Mike.Etmund@lawmoss.com
   *Attorney for Defendant*

*[Handwritten:]* The captioned case is dismissed without prejudice to reopening within 60 days if the settlement is not consummated. So ordered. Allyne Ross, USDJ June 26, 2019